## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRITTANY BERTINO-SPINA,**<br><br>         *Plaintiff,*<br><br>v.<br><br>**AETNA LIFE INSURANCE COMPANY,**<br><br>         *Defendant.* | **Case No. 2:18-cv-10683**-WBV-KWR |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion for Dismissal with Prejudice filed by Plaintiff Brittany Bertino-Spina and Defendant Aetna Life Insurance Company. Having considered the motion, the Court finds that it is well taken and due to be GRANTED.

IT IS ORDERED, that Plaintiff's claims against Defendant are hereby DISMISSED WITH PREJUDICE, with each party bearing its own costs.

Done this the ___8th___ day of _____August_____ 2019

_Wendy B Vitter_
UNITED    STATES    DISTRICT
COURT JUDGE

1